**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| FLORIAN HOUENOU, | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL NO. 1:25-CV-01163-ADA-ML** |
| | § | |
| TEXAS WORKFORCE | § | |
| COMMISSION, HENRI CHEN, | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. ECF No. 16. The report recommends that this Court grant Defendants Texas Workforce Commission and Henri Chen's Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (ECF No. 8) and dismiss Houenou's Complaint. Specifically, Houenou's claims against TWC and Chen in his official capacity should be dismissed without prejudice for lack of subject matter jurisdiction. Houenou's claims against Chen in his individual capacity should be dismissed with prejudice for qualified immunity. This recommendation disposes of all of Plaintiff's claims.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).  The district court may decline a party's request to hear new evidence not before the Magistrate Judge.  Fed. R. Civ. P. 72(b)(3).

Plaintiff filed objections on November 7, 2025.  ECF No. 20.  The Court has conducted a *de novo* review of Plaintiff's Complaint, Defendant's Motion, Plaintiff's Response, Plaintiff's objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Mark Lane (ECF No. 16) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for judgment on the Pleadings is **GRANTED**.  Plaintiff's claims against TWC and Chen in his official capacity are hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.  Plaintiff's claims against Chen in his individual capacity are hereby **DISMISSED WITH PREJUDICE** due to qualified immunity.

The Clerk of Court is requested to **CLOSE** the case.

**SIGNED** this 2nd day of February, 2026.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

2